IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GERSTLE GENE LATHAM, #175830, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:04cv879-WHA |
| | ) |
| SIDNEY T. WILLIAMS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #39), entered on August 22, 2006, the Recommendation is adopted, and it is hereby ORDERED as follows:

1. The Defendants' Motions for Summary Judgment are GRANTED.

2. This case is DISMISSED with prejudice.

3. Costs are taxed against the Plaintiff.

4. Final Judgment will be entered in accordance with this order.

DONE this 8th day of September, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE